**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                      CASE NO.  3:02cr118LAC

MARCUS VIRGIN

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   FEBRUARY 17, 2009
Motion/Pleadings:  MOTION TO DISMISS INDICTMENT
Filed by  GOVERNMENT         on 2/17/09         Doc.# 45

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

                                      WILLIAM M. McCOOL, CLERK OF COURT

                                      *s/Mary Maloy*
LC (1 OR 2)                     Deputy Clerk: Mary Maloy

### *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of February, 2009, that:*

*(a) The relief requested is **GRANTED.***

*(b)* _____

                                                       *s/L.A. Collier*
                                                    ***LACEY A. COLLIER***
                                 *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.